# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Anthony Lozano,**<br>Plaintiff<br>-vs-<br>**Unknown Bryant, et al.,**<br>Defendants | CV-09-0736-PHX-ROS (JRI)<br><br>**ORDER** |

Under consideration is the Renewed Application to Substitute Attorneys, filed February 18, 2010, by Attorneys Gerald L. Piccirilli and Peter Muthig of the Maricopa County Office of Special Litigation Services (#48).  Movants seek to be substituted for Daniel R. Malinski, Burch & Cracchiolo, P.A., as attorneys of record for Defendants Officer Bryant, Officer Gordon, Officer Croyle, and Sgt. Reilly in the above-entitled cause. Movants represent that the appended "signature" of Peter J. Crowley suffices as the signature of the named defendants under Local Civil Rule 83.3(b)(1) because of his position as Risk Manager for Maricopa County whereby he is managing the litigation on behalf of Maricopa County's Self Insured Trust Fund  who is indemnifying Defendants for any judgment which might be entered in this case.

**IT IS THEREFORE ORDERED** that the Motion to Substitute Attorneys, filed February 18, 2010 (#48) is **GRANTED**.  Attorneys Gerald L. Piccirilli and Peter Muthig of the Maricopa County Office of Special Litigation Services shall be substituted for Daniel R. Malinski, Burch & Cracchiolo, P.A., as attorneys of record for Defendants Bryant, Gordon, Croyle, and Reilly.

DATED: February 24, 2010

_____
JAY R. IRWIN
United States Magistrate Judge

S:\Drafts\OutBox\09-0736-0486o Order 10 02 22 re MSubstitute.wpd

- 1 -